

**JosephM.Hanna, Esq.|Partner**

665 Main Street | Buffalo, NY 14203-1425
**DIRECT** 716.566.5447 | **EXT** 5447 | **FAX** 716.566.5401 | **MOBILE** 716.573.9314
jhanna@goldbergsegalla.com | Biography
**goldbergsegalla.com**



Privileged attorney-client communication / attorney's work product. This email message and any attachments are confidential. If you are not the intended recipient, please immediately reply to the sender and delete the message from your email system.

**From:** Max Humann <mhumann@lglaw.com>
**Sent:** Monday, April 24, 2023 2:15 PM
**To:** Hanna, Joseph M. <jhanna@goldbergsegalla.com>
**Subject:** Short v. Starbucks

Good afternoon, Joe.

Attached in the body of this email, please find three photos depicting the scarring on Amy's legs. She sent these to me on April 7, 2023. Please let me know if you need anything else.
I have authority to make an initial demand of $95,000.00.
See you soon.



**Max Humann**
Attorney at Law

42 Delaware Ave | Suite 120 | Buffalo, NY 14202
**TEL** 716 849 1333 x391 | **FAX** 716 855 1580
**email** | **profile** | **website** | **map** | **vCard**

**NOTICE:** This message contains privileged and confidential information intended only for the use of the persons named above. If you are not the intended recipient, you are hereby notified that any distribution or copying of this message is prohibited.